UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE RAY HORN,<br>　　　　Plaintiff,<br>　vs.<br>TOYOTA MOTOR SALES, U.S.A., INC.; DOES 1 through 100, Inclusive,<br>　　　　Defendants. | Case No.: **2:24-cv-01917-DJC−AC**<br><br>**ORDER ON STIPULATION FOR AMENDMENT OF COMPLAINT AND RESPONSE** |

Upon the Stipulation of the parties, the Court has reviewed and hereby GRANTS the proposed relief, specifically:

- Plaintiff is granted leave to file a First Amended Complaint by October 30, 2024;
- Toyota Motor Sales, U.S.A., Inc. is granted leave to file either a responsive pleading or a further motion to dismiss by November 29, 2024; and
- The hearing on the Motion to Dismiss (Doc. 6) the Complaint (Doc. 1) is scheduled for November 14, 2024 is vacated, and the motion is considered moot.

Dated:  October 23, 2024　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE